**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  CV Medical, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  20-4258487

**4. Debtor's address**

Principal place of business:
2818 East 2nd Street
Suite 200
Vancouver, WA 98661
Number, Street, City, State & ZIP Code

Clark
County

Mailing address, if different from principal place of business:
_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:
_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  cvmedical.com

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | **CV Medical, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **CV Medical, LLC**     Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
           Contact name
           Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **CV Medical, LLC**          Case number (*if known*) _____
    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | CV Medical, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 11, 2023**
MM / DD / YYYY

**X** **/s/ Paul White**      **Paul White**
Signature of authorized representative of debtor      Printed name

Title **Member**

**18. Signature of attorney**

**X** **/s/ Matthew A. Arbaugh**      Date **May 11, 2023**
Signature of attorney for debtor      MM / DD / YYYY

**Matthew A. Arbaugh 44751**
Printed name

**Arbaugh Law, P.C.**
Firm name

**12725 SW Millikan way
#300
Beaverton, OR 97005**
Number, Street, City, State & ZIP Code

Contact phone **971-238-3556**      Email address **matt@arbaugh-law.com**

**44751 WA**
Bar number and State

Debtor name    **CV Medical, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 11, 2023**      X **/s/ Paul White**
                                                          Signature of individual signing on behalf of debtor

                                                          **Paul White**
                                                          Printed name

                                                          **Member**
                                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CV Medical, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................... $ **267,964.83**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ **267,964.83**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **430,767.17**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **64,161.41**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **1,600,639.09**

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b                                                                                                      $ **2,095,567.67**

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **CV Medical, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| | 3.1. **Wells Fargo** | **Checking** | **3306** | **$4,964.25** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $4,964.25
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 10,639.81 | - | 0.00 | = .... | $10,639.81 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 1

Debtor   **CV Medical, LLC**  Case number *(If known)* _____
       Name

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **40.00** | - | **0.00** =.... | **$40.00** |
| | face amount | | doubtful or uncollectible accounts | |

12. **Total of Part 3.**   $10,679.81

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **NuCart DX00441, NuCart DX00481, NuView DX00486** | 1/31/23 | $0.00 | Liquidation | $20,000.00 |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.**   $20,000.00

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 2

Debtor **CV Medical, LLC**
Name

Case number *(If known)* _____

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Misc. Desks and Chairs | $0.00 | Liquidation | $2,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Misc. Laptops, Printers, Phones, Security Cameras | $0.00 | Liquidation | $3,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** $5,000.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** <br> Testing Table | $0.00 | Liquidation | $1,000.00 |
| Misc. Tooling for Manufacturing | $0.00 | Liquidation | $3,000.00 |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 3

Debtor **CV Medical, LLC**     Case number *(If known)* _____
       Name

51. **Total of Part 8.**      **$4,000.00**
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br> **NuBoom patent (maybe expired)** | $0.00 | | Unknown |
| **Trademarks for names NuBOOM, NuCART, NuVIEW, DOCS** | $0.00 | | Unknown |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**      **$0.00**
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **CV Medical, LLC**                                      Case number *(If known)* _____
          Name

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    |  |  | **Current value of debtor's interest** |
    |---|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Judgment of Restitution for Embezzlement against Cynthia Ann Breunig**                                            $223,320.77
    Nature of claim       **Criminal Restitution**
    Amount requested          **$223,320.77**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                          $223,320.77
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265


AMPTRONIX
15 WHATNEY
IRVINE, CA 92618


AUSTIN POINT PARTNERS
12400 NW SUNNINGDALE DR
PORTLAND, OR 97229


BENNET/PORTER & ASSOCIATES
12559 SW 69TH AVE
PORTLAND, OR 97223


BRALEY-GRAY & ASSOC INC.
2818 E. 2ND ST.
VANCOUVER, WA 98661


BSI GROUP AMERICA, INC.
PO BOX 23425
NEW YORK, NY 10087-3425


CLARION SAFETY SYSTEMS, LLC
190 OLD MILFORD RD
MILFORD, PA 18337


CNA INSURANCE
PO BOX 74007619
CHICAGO, IL 60674-7619


COMCAST BUSINESS
PO BOX 60533
CITY OF INDUSTRY, CA 91716


CULLIGAN
12702 NE MARX ST
PORTLAND, OR 97230-1062


DANA SEVY
2012 E. 11TH STREET
WA 98681

```
DAVIS TOOL, INC.
MS 133
PO BOX 5087
PORTLAND, OR 97208


DC CUSTOM SILKSCREENING
4001 N. INTERSTATE AVE
PORTLAND, OR 97227


DIRECT TRANSPORT, INC.
27600 SW 95TH AVE
#109
WILSONVILLE, OR 97070


DON VOLLUM
12400 NW SUNNINGDALE DR.
PORTLAND, OR 97229


EXTRON ELECTRONICS
1025 E. BALL ROAD
ANAHEIM, CA 92805


FEDEX
PO BOX 94515
PALATINE, IL 60094-4515


FORESEESON CUSTOM DISPLAYS, IN
2210 E. WINSTON RD.
ANAHEIM, CA 92806


GCX MOUNTING SOLUTIONS
PO BOX 1410
SUISUN CITY, CA 94585


GEOFF DUNCAN
4360 OLD LEWIS RIVER RD
WOODLAND, WA 98674


GRANJEE LP
C/O NANCY L. COWGILL
12400 NW SUNNINGDALE DR.
PORTLAND, OR 97229
```

```
HEALTH EQUITY
121 WEST SCENIC POINTE DR.
DRAPER, UT 84020


IGUS, INC.
257 FERRIS AVENUE
RUMFORD, RI 02916


INNOVATIVE RESEARCH LABS, INC.
5010 48TH AVE NE
SEATTLE, WA 98105


INTERPOWER
100 INTERPOWER AVE
OSKALOOSA, IA 52577


INTERTEK USA, INC.
PO BOX 405176
ATLANTA, GA 30384-5176


IRS
CENTRALIZED INSOLVENCY OPERATI
PO BOX 7346
PHILADELPHIA, PA 19101-7346


ITD CORPORATION
TOUCHPOINT HEALTH CARE
2200 TOUCHPONT DRIVE
ODESSA, FL 33556


JAM LABS, INC.
4109 CLIPPER COURT
FREMONT, CA 94538


JENNIFER WINTER
5954 SW CUPOLA DR
SOUTH BEACH, OR 97366


JOHN STIREK
2775 ARROWHEAD CT.
LAKE OSWEGO, OR 97034
```

JOSEPH BINCYMOL
C/O GLEN F. OLIVES, ESQ
LAW OFFICES OF TED A. GREENE,
1912 F STREET, SUITE 110
SACRAMENTO, CA 95811


LARRY VOLLUM
1000 NW SKYLINE RD
PORTLAND, OR 97229


LIBERTY AV SOLUTIONS
3453 SOLUTION CENTER
CHICAGO, IL 60677-3004


MATT ROSSMAN
ROSSMAN LAW, PC
5200 SW MEADOWS RD., SUITE 150
LAKE OSWEGO, OR 97035


MCMASTER-CARR
PO BOX 7690
CHICAGO, IL 60680-7690


MOTOR SPORTS ENGINEERING
5307 NE ALBINA AVE
PORTLAND, OR 97217


NORTHWEST TECHNOLOGIES, INC.
PO BOX 1304
ESTACADA, OR 97023


ONDAL MEDICAL SYSTEMS
540 EASTPARK COURT
SUITE A
SANDSTON, VA 23150


PAUL WHITE
PO BOX 1340
VANCOUVER, WA 98666-1340


PHILIPS NORTH AMERICA
ATTN: BUSINESS DEBT
222 JACOBS STREET
CAMBRIDGE, MA 02141

```
PILOT FREIGHT SERVICES
PO BOX 654058
DALLAS, TX 75265-4058


PRECISION PACKAGING PRODUCTS
16240 SW 72ND AVE
PORTLAND, OR 97224


QUAIL ELECTRONICS, INC.
2171 RESEARCH DRIVE
LIVERMORE, CA 94550


REBECCA PEREIRA
7014 NE 137TH ST.
VANCOUVER, WA 98686


ROBERT FERGUSON
3608 NE 163RD ST
RIDGEFIELD, WA 98642


ROBERT WILKINSON
1513 KINGWOOD STREET
FOREST GROVE, OR 97116


ROBERT WILKINSON
1513 KINGWOOD ST.
FOREST GROVE, OR 97116


SCOTT BIRDSALL
2846 NW WESTOVER RD
PORTLAND, OR 97210


SEKO WORLDWIDE
PO BOX 71141
CHICAGO, IL 60694-1141


SF CABLE, INC.
28300 INDUSTRIAL BLVD
SUITE F
HAYWARD, CA 94545


SMALL BUSINESS ADMINISTRATION
409 3RD ST., SW
WASHINGTON, DC 20416
```

SONY ELECTRONICS, INC
16535 VIA ESPRILLO
SAN DIEGO, CA 92127


STAUBLI ELECTRICAL CONNECTORS
100 MARKET STREET
WINDSOR, CA 95492


TENTE CASTERS, INC.
2266 SOUTH PARK DRIVE
HEBRON, KY 41048


TFORCE FREIGHT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


TIMOTHY LOWE
1615 NE EDGE PARK DR.
VANCOUVER, WA 98663


TONG CHILDREN TRUST
PO BOX 4338
FRIDAY HARBOR, WA 98250


TONG TRUST
64 GIRALDA WALK
LONG BEACH, CA 90803


TOROID CORP OF MD.
2020 NORTHWOOD DR.
SALISBURY, MD 21801


TORRANCE MEMORIAL
ATTN: BUSINESS DEPT
3330 LOMITA BLVD
TORRANCE, CA 90505


TV ONE BROADCAST SALES CORP
PO BOX 645653
CINCINNATI, OH 45264-5653

UNITED STATES DISTRICT COURT
EASTERN DISTRICT - SACRAMENTO
501 I ST. #4200
CASE NO.2:18-CV-00370-KJM-CKD
SACRAMENTO, CA 95814


UNITED STATES LIABILITY INS CO
PO BOX 62778
BALTIMORE, MD 21264-2778


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


VIGILANT
PO BOX 4500
UNIT 08
PORTLAND, OR 97208-4500


VIGILANT SERVICES - TPA
ATTN: VIMLY BENEFIT SOLUTION,
PO BOX 6
MUKILTEO, WA 98275-0006


WASHINGTON DEPT OF REVENUE
PO BOX 47473
OLYMPIA, WA 98504-7473


WINTER FAMILY TRUST
5954 SW CUPOLA DR.
SOUTH BEACH, OR 97366


WORLDWIDE EXPRESS
PO BOX 101903
PASADENA, CA 91189